| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>CHASANOW, DEBORAH K. | 2. Court or Organization<br><br>U.S. DIST. CT. FOR D. OF MD. | 3. Date of Report<br><br>07/29/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>RM 245A U.S. COURTHOUSE<br>6500 CHERRYWOOD LANE<br>GREENBELT, MARYLAND 20770 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Trustee | Trust created by ▓▓▓▓ will (created 11/2011) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 3/19/87 | ST. OF MD. - DEFERRED RETIREMENT for 11 years of service, retirement taken effective Nov. 2012 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/29/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | monthly | State of Maryland Retirement as of Nov. 2012 | $909.78 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | various | Retirement Income, State of Maryland Judiciary |
| 2. | various | Private mediation |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/29/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. rollover IRA, Delaware Charter Trustee (H) | | | | | | | | | |
| 2. --Daily Income Fund | A | Dividend | J | T | | | | | |
| 3. --Rayonier Inc. Reit | B | Dividend | J | T | | | | | |
| 4. --Conoco Phillips | B | Dividend | K | T | Buy (add'l) | 10/11/12 | J | | |
| 5. --Phillips 66 | A | Dividend | J | T | Spinoff (from line 4) | 05/01/12 | J | | |
| 6. --Washington REIT SBI | A | Dividend | J | T | | | | | |
| 7. UNIMPROVED AGRICULTURAL LAND IN ST. MARY'S COUNTY, MD. | | None | L | W | | | | | |
| 8. Ameriprise Financial AQEAX | A | Dividend | J | T | | | | | |
| 9. CONSOLIDATED CAPITAL GROWTH FUND | A | Interest | J | T | | | | | |
| 10. Bank of America SAVINGS | A | Interest | K | T | | | | | |
| 11. Bank of America CHECKING | A | Interest | L | T | | | | | |
| 12. Bank of America checking | A | Interest | O | T | | | | | |
| 13. Bank of America SAVINGS | B | Interest | M | T | | | | | |
| 14. RENTAL PROPERTY, GREENBELT, MD. 1/4 INTEREST | E | Rent | M | S | | | | | |
| 15. T.ROWE PRICE MD. TAX FREE BOND | A | Distribution | J | T | | | | | |
| 16. MARYLAND STATE EMPLOYEES CREDIT UNION | A | Interest | J | T | | | | | |
| 17. Daily Income Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. America Movil SA | A | Dividend | K | T | | | | | |
| 19. Equitable Life Insurance Policy | B | Dividend | L | T | | | | | |
| 20. Hartford Life Insurance Policy | D | Interest | N | T | | | | | |
| 21. SEP IRA (H) | | | | | | | | | |
| 22. --Daily Income fund (formerly Courtland General Money Fund) | A | Dividend | L | T | | | | | |
| 23. --Plum Creek Timber Co. | B | Dividend | L | T | Buy (add'l) | 10/16/12 | K | | |
| 24. | | | | | Buy (add'l) | 12/3/12 | K | | |
| 25. --Encana Corp. | A | Dividend | J | T | | | | | |
| 26. --Cenovus Energy Inc. | A | Dividend | K | T | | | | | |
| 27. --Weyerhaeuser Company | B | Dividend | L | T | Buy (add'l) | 10/16/12 | K | | |
| 28. --ChevronTexaco Corp | B | Dividend | L | T | Buy (add'l) | 10/16/12 | K | | |
| 29. --MDU Resources Group Inc. | B | Dividend | K | T | | | | | |
| 30. --Washington REIT SBI | A | Dividend | K | T | | | | | |
| 31. --Regions Financial Corp. | A | Dividend | J | T | | | | | |
| 32. --Duke Energy Corp | A | Dividend | | | Sold | 8/7/12 | K | E | |
| 33. --Spectra Energy Corp. | B | Dividend | K | T | | | | | |
| 34. --Johnson and Johnson | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   --Quest Diagnostics | A | Dividend | J | T | | | | | |
| 36.   --Caterpillar Inc. | B | Dividend | L | T | | | | | |
| 37.   --Coca Cola Company | A | Dividend | K | T | | | | | |
| 38.   --General Mills Inc. | A | Dividend | K | T | | | | | |
| 39.   --Vanguard Intermediate Bond Fund | A | Dividend | J | T | | | | | |
| 40.   --iShares Barclays 1-3 year credit bond | A | Dividend | K | T | | | | | |
| 41.   --Conoco Phillips | B | Dividend | K | T | Buy | 10/16/12 | K | | |
| 42.   --Phillips 66 | A | Dividend | K | T | Buy | 10/16/12 | K | | |
| 43.   --Rayonier Inc. | A | Dividend | K | T | Buy | 10/16/12 | K | | |
| 44.   Regions Financial Corp. | A | Dividend | J | T | | | | | |
| 45.   Duke Energy Corp | A | Dividend | | | Sold | 07/24/12 | J | D | |
| 46.   Spectra Enegy Corp. | A | Dividend | J | T | | | | | |
| 47.   New York Life Insurance and Annuity Corporation (Y) | | | | | | | | | |
| 48.   Anadarko Petroleum Corp. | A | Dividend | L | T | | | | | |
| 49.   Hewlett Packard Co. | A | Dividend | K | T | | | | | |
| 50.   Apache Corp. | A | Dividend | K | T | | | | | |
| 51.   Bank of America Time Deposits | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ensco International PLC | A | Dividend | J | T | | | | | |
| 53. Nabors Industries Ltd | | None | J | T | | | | | |
| 54. BHP Billiton Ldt ADR | B | Dividend | K | T | | | | | |
| 55. Central Europe and Russia Fund | A | Dividend | J | T | | | | | |
| 56. Conoco Phillips | B | Dividend | K | T | | | | | |
| 57. Phillips 66 | A | Dividend | K | T | Spinoff (from line 56) | 05/01/12 | K | | |
| 58. Freeport-McMoRan Copper & Gold Inc. | B | Dividend | L | T | | | | | |
| 59. iShares MSCI Germany Index | A | Dividend | J | T | | | | | |
| 60. Chesapeake Energy Corp. | A | Dividend | K | T | | | | | |
| 61. John Deere & Co. | B | Dividend | L | T | Buy (add'l) | 10/16/12 | K | | |
| 62. National Oil Well Varco Inc. | A | Dividend | L | T | | | | | |
| 63. Transocean Ltd. | | None | J | T | | | | | |
| 64. Northern Trust Co. checking account | C | Interest | N | T | | | | | |
| 65. B of A. Fund Strat Mngd Acct (Merrill Lynch)(no control)(H) | | | | | | | | | |
| 66. --Allianz NFJ | A | Dividend | J | T | | | | | |
| 67. --BIF Tax-Exempt Fund | A | Dividend | J | T | | | | | |
| 68. --Col Value & Restructuring Fund | | | | | Sold | 3/20/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --DWS Intrmd Tax/Amt Free | A | Dividend | J | T | | | | | |
| 70. --Harbor International | A | Dividend | J | T | | | | | |
| 71. --Ivy Asset Strategy | A | Dividend | J | T | | | | | |
| 72. --Oppenheimer Gold | A | Dividend | J | T | | | | | |
| 73. --Prudential Jennison | | | | | Sold | 10/11/12 | J | A | |
| 74. --Thornburg International | A | Dividend | J | T | | | | | |
| 75. --T Rowe Price Dividend | A | Dividend | K | T | | | | | |
| 76. --Blackrock Eqty Dividend | A | Dividend | J | T | | | | | |
| 77. --Legg Mason Western Asset | A | Dividend | J | T | | | | | |
| 78. --Mainstay Large Cap | A | Distribution | J | T | | | | | |
| 79. --MFS Value FD CL 1 | A | Dividend | J | T | Buy | 3/20/12 | J | | |
| 80. | | | | | Sold (part) | 10/11/12 | J | A | |
| 81. --Nuveen High Yield Muni | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 82. --Permanent Portfolio Fund | A | Dividend | J | T | Buy | 3/20/12 | J | | |
| 83. --Touchstone Sands Capital | | None | J | T | Buy | 3/20/12 | J | | |
| 84. | | | | | Sold (part) | 10/11/12 | J | A | |
| 85. --WellsFargo Adv Small Cap | A | Dividend | J | T | Buy | 10/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AGL Resources Inc. | | None | | | Sold | 10/11/12 | J | B | |
| 87. NextEra Energy, Inc. formerly FPL Group | B | Dividend | K | T | Buy (add'l) | 10/16/12 | K | | |
| 88. iShares Barclays TIPS bond | A | Dividend | K | T | | | | | |
| 89. Vanguard Intermediate Bond Fund | A | Dividend | J | T | | | | | |
| 90. iShares Barclays 1-3 Credit Bond | A | Dividend | K | T | | | | | |
| 91. iShares MSCI Brazil Index | A | Dividend | J | T | | | | | |
| 92. iShares MSCI Emerging Market Index Fund | A | Dividend | J | T | | | | | |
| 93. Capital One Bank, Bank accounts | A | Interest | M | T | | | | | |
| 94. Apple, Inc. | B | Dividend | L | T | Buy (add'l) | 10/16/12 | K | | |
| 95. American Woodmark Corp. | | None | K | T | Buy | 10/16/12 | K | | |
| 96. CF Industries Holdings, Inc. | A | Dividend | L | T | Buy | 10/16/12 | L | | |
| 97. Schlumberger Ltd. | A | Dividend | K | T | Buy | 12/3/12 | K | | |
| 98. General Mills Inc. | A | Dividend | J | T | Buy | 10/16/12 | J | | |
| 99. Trust ▮▮▮▮▮ Will (H) | F | Int./Div. | P1 | T | | | | | |
| 100. --Property in Sussex Co. Delaware | | | | | | | | | |
| 101. --Bank of America checking | | | | | | | | | |
| 102. --Rhino Resource Partners LP | | | | | Sold | 02/21/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --EV Energy Partners LP | | | | | Sold (part) | 02/08/12 | K | D | |
| 104. --Plains All American Pipeline LP | | | | | Sold (part) | 08/07/12 | K | D | |
| 105. --Linn Energy LLC | | | | | | | | | |
| 106. --Energy Transfer Partners LP | | | | | | | | | |
| 107. --Kinder Morgan Energy Partners LP | | | | | Sold | 02/08/12 | L | D | |
| 108. --Seadrill Ltd. | | | | | | | | | |
| 109. --AT&T Inc. | | | | | | | | | |
| 110. --Enterprise Prods Partners LP | | | | | Sold (part) | 08/07/12 | K | D | |
| 111. --Health Care Reit Inc. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 112. --Southern Co. | | | | | Sold | 01/11/12 | K | D | |
| 113. --Verizon Communications | | | | | Sold | 4/30/12 | K | B | |
| 114. --Tortoise MLP Fund | | | | | | | | | |
| 115. --Tortoise Pipeline & Energy FD | | | | | Sold (part) | 06/11/12 | K | A | |
| 116. --Saul Centers Inc. | | | | | | | | | |
| 117. --Units Clay, Large-Cap | | | | | Sold | 08/27/12 | K | D | |
| 118. --Units FTP, Equity Income Plus | | | | | Sold | 08/03/12 | K | D | |
| 119. --Units FTP, High Dividend | | | | | Sold (part) | 04/23/12 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Units FTP Inflation Hedge | | | | | Sold | 05/25/12 | K | A | |
| 121. --Units FTP Market Strength | | | | | Sold | 11/05/12 | L | C | |
| 122. --Units Van Kampen Morgan Stanley | | | | | | | | | |
| 123. --Clearbridge Energy MLP | | | | | Buy | 08/12/12 | K | | |
| 124. --Markwest Engy Ptnrs | | | | | Buy | 02/08/12 | K | | |
| 125. --Merck & Co Inc | | | | | Buy | 04/30/12 | J | | |
| 126. --Nestle Spon ADR Rep | | | | | Buy | 02/08/12 | K | | |
| 127. --Reynolds American Inc | | | | | Buy | 06/11/12 | K | | |
| 128. --Targa Res Ptnrs LP | | | | | Buy | 08/10/12 | K | | |
| 129. --Vodafone GP Plc ADS NEW | | | | | Buy | 04/30/12 | K | | |
| 130. | | | | | Sold | 12/11/12 | K | A | |
| 131. --Wash Real Est Inv. Tr Maryland | | | | | Buy | 01/11/12 | K | | |
| 132. --Access Midstream Partners | | | | | Buy | 02/08/12 | K | | |
| 133. | | | | | Sold | 08/10/12 | K | A | |
| 134. --Saul Ctrs Inc 1/100PFD Ser B | | | | | Buy | 06/11/12 | K | | |
| 135. --Unit First Trust Capital Strength 17 | | | | | Buy | 08/23/12 | K | | |
| 136. | | | | | Buy (add'l) | 11/5/12 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  --Unit First Trust Equity Income Select | | | | | Buy | 08/03/12 | K | | |
| 138.  --Unit First Trust HIgh Dividend Equity 10 | | | | | Buy | 05/25/12 | K | | |
| 139.  --Unite First Trust High Dividend Equity 9 | | | | | Buy | 04/23/12 | L | | |
| 140.  --Unit First Trust Uncommon Values Growth & Income 2912 | | | | | Buy | 08/23/12 | K | | |
| 141.  JAMS, Inc/Endispute (X) | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item VII. Item 14. Full assessed value for tax purposes is $635,200. Item 47: Should have been deleted in prior year, surrendered. Item 141. Inadvertently omitted in prior year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **DEBORAH K. CHASANOW**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544